United States District Court
District of Connecticut
Pro-se Civil Right's Action Claim

SCANNED at
and Emailed
12/19/23 by MB Initials · 39 No. pages
date

Josseean Crispin
Plaintiff

:  Case No. _____

V.

:  Date: 12/14/2023

Defendant's

1) The State of Connecticut
2) D.M.H.A.S. Police
3) The Department of Correction's
4) Whiting forensic Devision Hospital,
5) The Department of mental Health & Addiction Services
6) Joseph Schwartz
7) Ismian Feraizi
8) Brittney Paz
9) law Firm Jay Ruane
10) Georgios Tarasidis
11) Jacqueline Fitzgerald
12) Mark Mckey
13) Peter Harvey
14) Jane Doe
15) Waterbury Public Defenders office
16) middletown Public Defenders office

17) middletown state Prosecutor's office
18) Waterbury state Prosecutor's office
19) John ___ - Attorney
      ^Kaloidis^
20) Jane Doe, Unit Director
21) John Doe - Doctor
22) John Doe - Doctor
23) Jane Doe, Forensic specialist
24) John Doe, Forensic specialist
25) John Doe, Forensic specialist
26) Jane Doe, Forensic specialist

Note: this is a 39 Page
      Civil suit filing.

Pro-se Civil Right's Complaint 1983 42 U.S.C.
Filed In Propia Persona
1 of ___

(7) Middletown State Prosecutor's office

(8) Waterbury State Prosecutors office

(9) John Doe

# Introduction

This is a civil right's action filed by the Plaintiff : Jossean Crispin, a state prisoner for relief under 42 U.S.C. § 1983, for allegation of denial of treatment, violation of the American with Disabilities Act, neglect and expoition by D.M.H.A.S. Staff and Work Force, violation of Civil Right Act; Section 504 of the Rehabilitation Act; Protection and Advocacy for Individual's with Mental illness Act; Federal Patient bill of Rights (42 CFR §182.13); Hospital Bill of Rights (C.G.S. Section 19a-550); Protection form Discrimination (C.G.S. 46a-58), 8th Amendment Violation's, Due Process failure Violation's of Criminal Proceeding's, Violation of the 14th Amendment, Retaliation for Practicing Civil Right's, Discrimination for Practicing Civil Right's, failure to Act, failure to Protect, Systemic Retaliation, Discrimination & Bias of the mentally Ill, 4th Amendment Violation's, Obstruction of access to the Court, 5th Amendment Violation's, malicous Prosecution, Deliberate Ineffective assistance of Counsel, Failure Investigate, Spoliation of Evidence, Perjury, prosecution, Failure to Investigate Perjuryed Statements

## (Juridication)

1) This Court has Juridiction over the Plaintiff's Claim's of Violation of Federal Constitutional Right's under 42 U.S.C. §§ 1331(1) and 1343.

2) This Court has supplementle Jurisdiction over the plaintiff's State law tort Claim's under 28 U.S.C. § 1367.

(Plaintiff)

Name: Jossean Crispin  Inmate# 339978

Address: New Haven, County, Corrections
245 Whalley Ave
New Haven, C.T. 06511

(Defendents)

1) The state of Connecticut

2) D.M.H.A.S.-Police
Address: Whiting Forensic Devision Hospital
70 O'Brian Drive, middletown CT. 06457

3.) The Department of Corrections
Address: 24 Wolcott Hill Road, wethersfield, CT. 06109

4) Whiting forensic Devision Hospital
Address: 70 O'Brian Drive, middletown, CT. 06457

5) The Department of Mental Health & Addiction services
Address: 410 capital Ave 4th Floor, P.O. BOX 341431, Hartford CT. 06134

6) Name: Joseph Schwartz
Title: Judge
Address: 400 Grand street, Waterbury. CT. 06702

7) Name: Ismian Feraizi
Title: Attorney
address: unKnown

8) Name: Brittaney Paz
Title: Attorney
address: UnKnown

9) Name: Jay Ruane law Firm
Title: ~~Georgios Tarasidis~~
address: One enterprize, suite 305
Shelton, C.T. zip:06457

10) Name: Georgios Tarasidis
Title: Attorney
address: One enterprize, suite 305
Shelton, C.T. zip:06457

11) Name: Jacqueline Fitzgerald
Title: Attorney
address: One Court street,
middletown, C.T. 06457

12) Name: mark McKey
Title: Attorney
Address: one Court street
middletown, C.T. 06457

(Defendant's)

13) Name: Peter Harvey
   Title: Attorney
   address: unknown

14) Name: Jane Doe
   Title: ~~Corrections~~ Jail Deversion
   address: one Court Street
   middletown, CT. 06457

15) Name: waterbury Public Defender's office
   Title: State of connecticut Attorney's
   address: 400 Grand Street, waterbury. CT. 06702

16) Name: middletown Public Defender's office
   Title: State of Connecticut Attorney's
   address: one Court Street, middletown, C.T.
   ZIP : 06457

17) Name: middletown Prosecutor's office
   Title: State Attorney
   address: one Court Street
   middletown. CT. 06457

18) Name: waterbury Prosecutor's office
   Title: State Attorney
   address: 400 Grand St. waterbury, CT. 06702

19) Name: Ianouis Kaloidis
   Title: Attorney
   address: unknown

20) Name: Jane Doe
   Title: unit Director
   address: W.F.D.H. 70 O'Brian Drive
   middletown, C.T. 06457

21) Name: John Doe
   Title: Doctor
   address: W.F.D.H. 70 O'Brian Dr.
   middletown, CT. 06457

22) Name: John Doe
   Title: Doctor
   address: W.F.D.H. 70 O'Brian Drive
   middletown, C.T. 06457
   Last known
   address: D.O.C. 24 Wolcott Hill Road
   wethersField, C.T. 06109

23) Name: Jane Doe
   Title: Forensie specialist
   address: W.F.D.H. 70 O'Brian Drive
   ~~middletown CT.06~~
   middletown, C.T. 06457

24) Name: John Doe
   Title: Forensic Specialist
   address: W.F.D.H. 70 O'Brian Drive
   middletown, CT. 06457

25) Name: John Doe
   Title: Forensic Specialist
   address: W.F.D.H. 70 O'Brian Drive
   middletown, CT. 06457

26) Name: Jane Doe
   Title: Forensic Specialist
   address: W.F.D.H. 70 O'Brian Drive
   middletown, C.T. 06457

## Statement of facts

① On (1/5/2022) I was transfered to (Whiting forensic Devision Hospital)

② Upon my admission to (W.F.D.H./Whiting forensic Devision Hospital, I expressed to my treatment team

(20) ⊚ Jane Doe Unit Director  ⊚ John Doe Doctor (22)

(21) ⊚ John Doe-Doctor

That I have present open civil right's action's and Criminal Habeaus, I need to Litigate.

③ I was Immediately told by (20) Jane Doe Unit Director that I'm there for treatment, not to Litigate my Legal matter's, Immediate (22) John Doe Doctor and (21) John Doe-Doctor sided with (20) Jane Doe Unit Director

④ I Immediately called patient's advicacy in house and also Filed Pattent Grievance Concerning the denial of access to the Court's

⑤ In Response I was Given some of my Legal work Concerning my multiple Civil Right's Action's and Criminal Habeau but not enough to adequately Litigate.

⑥ These acting were taken because, I had filed a CivilRight's Action-(known as) (Crispin V. Brady) and a (Criminal Habeau) to be Amended to Include a false Competency Report by Whiting Forensic Devision Hospital's workForce

⑦ And Whiting Forensic Devision Hospital as a Whole was openly aware and took Deliberate adverse action's to Obstruct and Impede these Civil & Criminal Litigation violating my rigth to access the Court

4 of

⑧ These Adverse Action's to obstruct my Civil Litigation's & Criminal Litigation's extend from Small to Large Action's taken

⑨ I was Denied Simple things as copies of Legal Documents, adequate time with a pen to Draft motions, to eventualy be Denied to mail, out any Legal Document's to Court's? Both (Criminal) and (Civil) and Causing them to get Dismissed

⑩ As the Denial of access to the court excalated So did the retaliation

⑪ To the point I was Denied my meal's

⑫ False Report's were filed on my mental Health Record's to Cover up the Retaliation after being Threaten to do so by my Treatment team to hide any Serious mental Illnes And Deliberately and Falsely Changing my diagnosis of Schizophrenia.

⑬ excalating to assault on my Person by ㉓ Jane Doe, ② John Doe ㉔

⑭ on (2/5/2022) after I filed a Grievances one of which Included being Threaten the Denial of meal's if I don't go to the Cafeteria Which is optionable. Reasonable accommodation were made Under the American With Disabilities Act Reasonable accommodation Act. On this day I was never woken up for Breakfast as is the norm, Instead I was woken up by the Intercom announcing that the Recreation yard was open.

(15) At this time I wokeup extremely hungery and Walked down the hall to the Staff Break Room in the middle of Unit #6 where the patients Breakfast is past out and was Immediately Denied my Breakfast by (23) Jane Doe

(24) John Doe

(25) John Doe

(26) Jane Doe

(16) ① Jane Doe Forensic specalist Was the one to Deny me Breakfast, while her named co-workers above Piggy Backed her Denial ruledly and belligerently With No Justification

(17) At which Point I express to her (23) Jane Doe and her co-worker's (24) John Doe, (25) John Doe (26) Jane Doe that (She (23) Jane Doe) Knows I don't talk to her do to her Constant Retaliation on behalf of her (CO-Worker-Heather) a known Defendant in (Crispin V. Brady) Civil Rights Action and then I turn to her-co-worker and again asked for my Breakfast to only be denied

(18) I was so hungery do the type of medications I take, and knowing it was Retaliation they were after I ignored there Denial of Breakfast Food

(19) Being that the Food Was Less than hand's Length away (I simply Reach in to Grab a Cartain of milk & a Box of cereal to eat.)

(20) I was Physically assaulted by being Shoved extremely Violently and Roughly about #7-Feet away Stumbling accross the hall trying to keep my Footing, when I gain my Footing I Gave) the universal arm waive of Whatever and Start Walk away Back to my Room Fearing For my Safety all this Cought On Camera

6 of _

21) As I walked ① Jane Doe: Forensic specialist followed me calling me a Piece shit and an asshole Pressed a false body alarm that resulted in further assault.

22) Because multiple Forensic specialist rushed to this false body alarm, because Unit #6 staff false calling a false code

23) By this time I already walked down the hall and into my Room, when I was Coralled by about #15 to #20 Foresic Specialist, Nurses, Doctor's (D.M.H.A.S.) - Police))

24) I expressed to all of them on the spot that I was Just assaulted by ② Jane Doe Forensic specialist and Denied Breakfast and Pressed a false body alarm

25) All #15 to #20 Forensic Specialist, Nurses, Doctor's, and (D.M.H.A.S.)-Police, Deliberately Ignored my statements even when I Requested that everybody calm down and simply review the (#12 stationary Security Cameras) that support my Statement of assault by Staff, by ① Jane Doe: Forensic specialist that is Precepitating their false Response to a false Code.

26) They wouldn't even look into the matter and Instead (Proceeded with Damage Control) to Cover up for their CO-Worker, And Demanded that I go to the Time out Room, I again expressed that I didn't Do anything and in fact was assaulted.

27) When my Attempts to hold their Co-worker Responsable fell on Deaf Ear's, I knew I was going to be setup to take the fall for being Attacked.

(28) I finally Said Okay and walked to the time out Room of my own free will, while Still trying to report the assault and false body alarm that precipatated their unlawtul actions and Continued to express to them that, they know this is retaliation as they are well aware throughout Whiting Foresic Devision Hospital of my then lawsuit (Crispin v. Brady) and of my (Attempt to Amend) my (Criminal Habeau). from Staffs from other units who tatlk with me and Hold Conversation's about my lawsuits and (Criminal Habeau) and how (Whiting Foresic Devision- Hospital) as a Whole Under the umbrella of Color of law were using their Station of Power from High ranking Administrative Personnel all the way Down to the lower Reenk's to Get Both my Ø (Lawsuit Crispin v. Brady) and my" (Criminal Habeaus Dismissed.)

(29) Upon Coming up to the time out of Which I never been in one, I go to walk in and Immediately begin to have a clusterobic Anxetiey Attack, and expressed I am here for mental Rehabilitation do to the effect's of Solitary Confinement, And mentaly I can't go in there because it will trigger mental Decompensation.

(30) my treatment team was aware of this as well as Whiting forensic Devision Hospital as a Whole, because I expressed this on Intake to (W.F.D.H/Whiting forensic Devision Hospital) and their treatment team as well as to everyone Present During their atempt to Place me in the time out room

(31) They Ignore my Pleas and ignored the signs of mental Decompensation and then forceably Grabbed me and Shoved me into the time out, while I offered no resistance

(32) Once In the time out Room my clusterfobic Anxeity Attack worsen, I couldn't breath the wall's were closing in and I began to Cry thinking I was going to Die

(33) even though Whiting forensic Devision Hospital Staff's had prior warning that they did not take serious Concerning the effect's of solitary Confinement.

(34) upon evaluating my mental state while in the time out they became Concerned enough to start taking my mental Decompensation serious.

(35) They opened the Door to check on me as I was having trouble Breathing and was sweating Profusely

(36) upon the opening the Door I rush out crawling on my hand's and knees) trying to escape the Cause of my mental Decompesation, which was) the time out Room.

(37) Staff Immediately Football Piled on me twisting my arem's and Leg's painfully and Ripped my pants off exposing my genitle and Butt while female staff watched and then Injected me with unknow medication and tied me down to a bed all Based on a assault on my Person and a false Code, all in the name of Retaliation.

(38) Then false report of assault on staff were file in my mental Health Charts to Cover up the whole act's of Retaliation.

(39) And All video's of stationary Security Cameras were Deliberadely Destroyed to hide this assault that staff Initiated the false Code, therefore everything that followed afterward's Illegal and unconstitutional by all Right's under color of law

9 of ___

(40) The Retaliation was so extreme and clinicly Percise, that to return to whiting Forensic Devision Hospital Caused me Fear for my Life.

(41) After these Act's of Retaliation Both my Criminal Habeaus was Dismissed and my lawsuit (Crispin V. Brady) was Dismissed Do to Whiting Forensic Devision Hospital Deliberate act's of Denial of access to the Court's Cause multiple Other lawsuit's to be effected as well as I was Homeless afterword and without any finicial means

(42) I was then setup to take the fall for a false assault on staff's When in fact I was the one Attacked, I was violated on Probation based on these false allegation's Initiated in Retaliation for my lawsuit (Crispin v. Brady) and trying to Amend my (Criminal Hebeaus) to Include the false Report of Competency evaluation that resulted in the lawsuit (Crispin v. Brady) Committed under ("Perjury & Distruction of Evidence of Security Camera's and Perjuryed Statement's

(Brady Violation/Due Process Failure)
Statement

I Jessean Crispin Declare under penalty of perjury that the foregoing is true

Bref Statement

① I was violated on false allegation by Probation Committed Under (perjury & Distruction of Evidence)

② on Arrangment my (Attorney Mark McKay)
③ at the time Represented me in middletown court Requested that all video Cameras of the Incident Date of the Whole Day be save and preserved Which was Granted by the Judge making it a Court order.

④ Instead the State Prosecutor and (Connecticut Vally Hospital/Whiting Forensic Hospital) Devision Desstroyed and tampered with the (Evidence/video) to (Suppress Evidence) that point's to my Innocent's and in Fact Proved that I was assaulted and Immediately a False Code was call to cover up the attack on my person, and then followed by false Charge's filed by the same staffing that assaulted me, by the C.V.H. Police who is friend's and CO-worker's with the alleged victim's.

I was eventually Picked up on A Warrant Without Proper Due Process ever being Followedbecause I was On ("Whiting Foresic Devision Hospital") "Count as Still a patient Recieving mental Health treatment" While at the Sametime I Was on (The Department of Correction's) Count sheet, once The (The Department of Correction) realized this serious Issues, I was placed on a

# Elements of Brady Violation
## In Second Circuit Criminal
### Courts

Element

(4 5) Evidence at Issue must be favorable to
the accused, either because it is
exculpatory or because it is Impeaching
(Ineffective assistance of Counsel by: Mark McKay)
I Jossean Crispin assert that my middletown Court
Arrangment Transcript "Both" (audio and typed
Transcript Proves that my (Attorney: Mark
McKay) requested of the court that all (Stationary
Security Cameras) of the Whole day of the
Incident be Saved and Preserved as
(material Evidence), as I expressed that this
video Evidence Proves my Innocentesand
Proves the true aggressors who Were
Whiting Forensic Staffing who assaulted me
on Camera and Shows/them calling a false code
Immediately after to Cover up the assault on my
Preson with false Charges Issued by there friends
and Co-workers to Cover up the assault on the
accused.    If this Evidence was Granted by
the Courts to be saved and Preserved
of Which it was Granted on arrangment in
middletown Court and there is no reason
Why there should be only 5 to 10 minutes of
video and if there is only that then, the State
is Using Tampered video Evidence which is a
brady violation, to justify a false (violation/V.O.P.)
When the Judge Granted my (Attorney: Mark
mckay) Requests to save Video Evidence making it
a Court order on the spot and my Attorney
in waterbury Court is openly aware of this for over
a year, and has not Investigated anything on the matter,
Present Ineffective assistance of Counsel    2 of 17

# Elements of Brady Violation
## In Second Circuit Criminal court

Element

② That evidence must have been
suppressed by the state, either
willfully or inadvertently;

46

I Jossean Crispin assert that on first
Arraignment in (Middletown Court) my
Attorney at the time (Mark McKay) requested
that for the Incident day all unit stationary
Cameras of the Whole day be saved and
Preserved as Physical Material Evidence
as it support's my statement and
Proved I was the one assaulted.
And the Judge Granted this request and
relayed it to the Prosecution office that
same day over a year ago making it by
Definition a Court order.
meaning any failure to Comply or suppress
Evidence ("Contempt") of the Court by the
Prosecutor's office in middletown, of Which I
made my Waterbury Attorney aware of over
a year ago of these serious matter's and have
Repeatedly Requested that of my Waterbury
Attorney to bring this to Waterbury Court's
Attention to aviod a false (Incarceration/
Imprison) and my Attorney in Waterbury
Court has been repeatedly notified my Attorney.
Both in (Middletown Court) and (Waterbury Cour
are openly aware of the (Brady Violations)
When I asked my (Attorney Mark Mckay)
of the (Middletown - Public Defenders)

4  Dr.

Elements of Brady Violation in 2nd cir criminal court @ 40

when I went to Arraignment and met with my (Attorney: Mark Mckay) he agreed with me that Arraignment should go forward based on the fact (My Competency was in Question at that time) do to the (Unanswered @ JC ~~____~~ Violation of Procedural Due Process Failure Presented Prior to Arraignment) Concerning being on (Whiting Forensic Devision Hospital's Count) and being on (The - Department of Correction's Count) Present mental competency Issues that by law Should have been addressed prior to arraignme at this point (my Middletown Attorney Mark Mckay) at that time was (openly aware of the Procedural Due Process - Failures).

(47) For over a year or almost a year @ JC the (Attorney: Mark Mckay) has been aware of these Issues and more for over a year @JC ~~____~~ he has been openly aware but has failed in notifying the Court of these Procedural Due Process Failure ~~____~~ State Attorney

(Prosecutorial misconduct & suppression of Evidence by: Jacqueline Fitzgerald

(48) Furthermore @ (Attorney Mark Mckay @ JC At the sametime has been trying to get the (Video Evidence) of the Incident Date, for the Whole Day of the Incident date, since Arraignment, and waterbury court is basing thier (V. Of When my (Attorney: Mark Mckay) repeatedly on (Different Court Date's) requested the Videos Evidence While Prosecutor would only Repeatedly state that they are working on it finally after this repeated action's and me Speaking up myself I was allowed to see -
(5) @ 17

# Elements of Brady Violations

The Video Evidence & Immediately I Saw That the ~~S.O~~ video Evidence is tampered with Intentionally cutting the Complete Initial begianing ("which would Prove I am Innocent") and ("In Fact that I was assaulted by Staff") and Then Immediately after ("they called a false code") to ("Immediately Cover-up") ("the assault on my Person") by their (friend's) and (Co-coworker's) and (C.V.H. Police) ("Contrived together to Intentiona Destroy the Video Evidence that factual Proves my Innocence") Even after my (Attorney at the time Mark Mckay) Went on Record multiple time's Requesting All the stationary security cameras of the Unit the 'Incident alleged Occured, and fall all Stationary Camera's to be saved and Preserved of the whole of the allege Incident occurence.

<span>Ismian Feraizi</span>
**(49)** ~~Ineffective assistance of Counsel & Suppression of Evidence~~ <span>^^ and ^^</span> By mark McKay
(Both my Attorney's) that are in (waterbury Court) and (middletown Court) were made aware of this "Suppression of Evidence" and "spoilation of Evidence", by the Prosecution's office and their Client's and Client's friend's and CO-coworker's action of suppressi of Evidence to Hide the true fact's from the court's that will not by any means allow a fair and equal trail.
When I request ~~for~~ that my (Attorney: Mark Mckay) to file for a (Motion) to "Dismiss all Charge's with Prejudice" based on this knowledge he stated to me and I Quote-

(Elements of Brady Violation's) (malicious and Prosecution)

"Now your asking to much of me" not that it wasn't Legally Possible, not that it's not the proper time, but again I Qoute "Now your askin to muchof me" unQoute

(Ineffective assistance of counsel by: Peter Harvey)

(50) So When I asked to prove my Innocence I was asking too much is what he made clear to me and then he removed himself off my Case without my argeement and appointed an Incompete Attorney: Peter Harvey who I Chased down Three Different Floor's in middletown Court before finding him When I made an effort to request for him to work on a Motion to Dismiss with Prejudice he refused and told me to go to trial, Forcing me to Fire him on the spot, "my waterbury Attorney is aware of all the Procedural ISsues" and I have Repeatedly Requested that he file the necessary motion's to stay Proceeding's to "avoid a violation of Probation sentencing that would be based on "a case With Procedure Due Process failure and Brady Violation's, suppression of Evidence, Destruction of Evidence, Spoilation of Evidence, Contempt of a Court order to preserve video evidence Critical to Prove my Innocences

(51) Therefore violation to Probation hearing should be stayed to resolve the mess of Middletown Court's Procedure due Process failures, and Brady Violation's. the Defendant has herein notified the Court's of the matter's neither of my Attorney's both in Middletown Court and Waterbury Court.

7 ~ 17

Rule 2.5. Competence, Diligence, and
           Cooperation

(52) (a) A Judge shall Perform judicial and
         administrative duties Competently and
         diligently.
     (b) A judge shall cooperate with other judges
         and other Court officials in the administration
         of Court business.

("Defendant Assert's")

The length of time to take Affirmative
action by the alleged Defendant's attorney's
Both in middletown Court and in Waterbury
Court, and the by both Prosecutors in Both
middletown Court and Waterbury Court, and by
Both Judge's in Both middletown Court and in
Waterbury Court by the continued refusal to
address on Record for over a year and a
half the Concern's outlining the Brady violation's,
Suppression of Video Evidence, Spoilation of
Evidence, Contempt of a Court order to Save and
Preserve video Evidence, failure to Investigate
Brady Violation's, failure to Investigate Suppression
of Evidence, failure to Investigate Spoilation of
Evidence, Failure to Investigate Contempt of a
Court order to Save and Preserve Video Evidence,
Failure to Investigate Competency Prior to
arriagnment, Failure to Investigate Improper
Issuance of arrest Warrant, Failure to
Investigate false Detention Prior to arriagnment
Failure to Investigate the alleged victim's
Perjured Statement's that resaulted in a false
arresst and Detention of the alleged Defendant.

Rule 2.6. Ensuring the right to be Heard

(53) (a) A judge shall accord to every person who has a legal interest in a proceeding, or that person's lawyer. the right to be heard according to law.

Comment: (1) The right to be heard is an essential component of a Fair and Impartial, system of Justice & Substantive rights of Litigant's can be Protected only if Procedures Protecting the right to be heard are observed under The 1st Amendment and 14th Amendment of the United States Constitution

(54) Wherein I Jossean Crispin assert that Waterbury Superior Court, and middletown superior Court, Waterbury State Attorneys office, and middletown State Attorney's office, and all Attorney's assigned in both Waterbury Superior Court, and middletown superior Court, have Deliberately engaged In these Civil Rights violations.

And furthermore When ~~Defendant~~ Plaintiff was charged with an alleged, physical Dispute with another patient and In the Due process of my Arrest was Denied (Bond of $1.500)

(55) I called family to bond out my
family contacted 3D Bail's Bond
across the street of Hartford
County Corrections, who then
made 2 to 3 Attempt's to bond
out, and (3D Bail's Bond agent)
was told by Hartford County Corrections
Correctional Officer's Denied me the
(Bond of $1,500) Deliberately, then
When I go to court, even though I
pointed out it's a Conflict of Interest
at the time to be represented by
the public Defender's office because
of a pending (Habeas Corp writ) against
the Public Defender office, the Court
allowed this Due Process, by allowing
their Representation on arraignment
were the Defendent's bond was Deliberately
and Retaliatorily Raised by the
State Attorney's office in Waterbury
Superior Court, and allowed and
Aided by the public Defender's
office who Did not raise a adequate
Rebuttal in Retaliation
my (Bond of $1,500) was Raised
to ($150,000) which is a
Deliberate Due process failure
on Bond Proceedings & Violation
of my 8th Amendant.
Everything outlined herein clearly Infers
a malicious prosecution by all parties
Involved in both middletown superior court

(56) I Notified (Judge: Joseph -
Schwartz) of this Deliberate
act by both (D.O.C.) Department
of Correction's and the Waterbury
Superior Court State Attorney's
office's and the Public Defender's
office. Deliberate act's to Interfer
with my Due process right's Who
acknoledged on record (that there
seem's to be an Issue on how
my Bond Was handled.
my next court date (Judge: Joseph
Schwartz) then Denies ever
stating There was an Issue on how
Bond Was handled.
Contradicting himself on record
in Court.

(57) Which all the Attorney's assigned
to refuse to address these Issues
of Due Process failure's outlined
herein as well as I have gone on
Record verbally and writtenly
Concerning all the Legal Issues
presented herein, who refuses to
to acknowledge them and address
them actively Denying me, my
1st Amendment and 14th Amendment Right's
of th U.S.C.

(58) Furthermore as of Regently my
Last (Attorney: Brittany Paz)
acknoledge these Civil Right's violation's

And the reason, I filed a motion
to Dismiss Counsel, Was because
(Attorney: Brittany Paz) Deliberately
wrote her motion to Constructively
Deny me Counsel, by Deliberately
Incriminating me in her motion to
Dismiss to appease the (State
Attorney's office) by making false
statement's within the motion, that
I asked to rectify, and (Attorney:
Brittany Paz) Refused.

(59) When this was Brought to (Judge:
Joseph Schwartz) Attention
along with the (racis slur) (Attorney:
Brittany Paz) Qoute ("you Discusting
Nigger") unQoute Which She stated
over) the Phone to me, and I
notified the (Judge Joseph schwartz)
of this and many more Deliberate
act of Ineffective assistance of
Counsel.

(60) In his response he Blamed me
for these act's of Ineffective
assistance of Counsel, that are
open and factually undeniable and
then moved to state if I can't
get along with my next attorney
that he will not assign me
any further Attorney's openly in Court
on Record Pre-in advace Counsel,
which is also my Constitutional
Right's and established by my Maranda Right's.
(Maranda Right's

61) my Response to (Judge: Joseph schwartz) was that I don't mind being assigned New lawyer as long as the next one Respect's my Constitutional Right's to Due precess, and the right to be heard. through my assigned Counsel and isn't going to Conspire with the state Attorney's office and IS willing to prove my Innocence.

62) Because no Attorney ever assigned to me During these proceeding have made any Attempt to Investigate my Innocence and the key fact's that will prove it or address the Legal Due process violation's I have presented here, and the fact, that when I tell any Attorney that, I am being Deliberately targetted by the state, and to file an Appeal Immediately because, I know I'm being (maliciously Prosecuted each one assigned to me openly told me no they will not file on Appeal once matter's are Concluded. And (Judge: Joseph Schwartz) has Deliberately Ignored these factual Due Process violation's and Continued to push my Case forward maliciously. When I asked my Attorney's to file complaint on the Judge they all Refused.

(63) I was then assigned a female Attorney
from the law firm {Jay Ruane named (unknown
(Jane Doe          ) who agreed that
the case should be Dismissed verbally
to the ~~Defendant.~~ Plaintiff.

Once I Jossean Crispin verbalized my
Decision to have ~~this case~~ a (motion-
to Dismiss with Prejuidice) ~~the~~ Filed, she
tactfully passed the case to a lower
Level attorney at (Jay Ruane law-
Firm), Who Continues to Constructively
Deny me: Jossean Crispin Counsel
When I have made Decisions as to
What form of a Defense to place and
(Attorney- Georgios Tarasidis)
has refused all but to Investigate
the missing video Evidence.
And told me verbally he will not do
anything with my middletown superior
Court Case, because he's going to
rely on the (Violation of Probation)
before he Does anything, which I
(Jossean Crispin) told is the worse
thing to do as all the Evidence ~~~~ (JC)
is held by middletown Court which is
tampered Evidence under Brady Violations
and suppression of Evidence that must
be Directly address in the Jurisdiction
in which it occurred before that Evidence
Can be Deemed relevant in any other
underling Legal matter using the same tamperd ~~Evidence~~ (JC)
Evidence.

(64) on the present matter on (April, 10, 2023) I provided a copy of the (motion to Stay Proceedings) (motion to Dismiss All Charges With Prejudice) to Att: Brittany Paz

(65) (Attorney: Brittany Paz) Ignored for close to (#2-Weeks) (4/22/2 and then (Text my Phone) stating and I qoute" Jossean, I am unable) to file these motions.
There is no basis for a motion to dismiss.
I have sent an additional discovery request to the state attorney for any additional Camera views, However, There is not Just one Case there are two Cases."
~~Jossean~~

(66) I Jossean Crispin then Notified. Attorney Brittany Paz that the motions in question are already filed on Record and it is my Decision to present this Defense, On (4/22/2023)

(67) I notified (Attorney: Brittany Paz) of my Right's to Decide What Defense I want to place and her Duties by the Rules of Professional Conduct, Rule 1.2 Scope of Representation and allowcation of Authority

(68) Attorney: Brittany Paz has Constructively
Denied me Counsel
And Clearly Infered that not matter
What I file and no matter if I'm
Legaly Right (Judge: Schwartz)
isn't going to care about my (Civil
Rights) or the law and will Rule against
my motion to Dismiss and any
Other motions I file to Defend my
Civil Rights and Denying me a fair
trail Deliberabely by all parties
Involved

(69) In (Attorney Brittany Paz) to me
(Jossean Crispin)
I Qoute: " You can file whatever
you'd like, but that doesn't mean
the Judge will agree" unqoute
Referreng to (Judge: Schwartz)

(70) making it clear to me that (Brittany Paz,
(Judge: Schwartz) and (State Attorney -
Office) have already Conspired to
malicious Prosection in order to get
a Conviction in Retaliation to me
(Jossean Crispin) for trying to enforce
my Civil Rights to due Process and
equal Protection of the law of which is
being denied to me throughout these
Proceeding's in Both Courts

(71) On (6, 1, 2023) I verbally spoke
with (Attorney: Brittany Paz) who
verbally told me and I quote (" That
Judge: Schwartz and the State Attorney's Office,
have a hard on for me, because of
the Original Case and the fact they
feel I got off easy")

(72) When I Jossean Crispin, get home on
(6/1/2023) I still had in mind what
my (Attorney: Brittany Paz) told me about
(Judge: Schwartz) and the (Waterbury State -
Attorney's Office)

(73) So I Jossean Crispin Immediately
text my (Attorney: Brittany Paz) to
file a Complaint on the Judge since
She's Directly aware of the malicious
Prosection by the State Attorney's office
and the (Judge Schwartz)

(74) And (Attorney Brittany Paz) Deliberately
Refused to Defend her Client at this
time by refusing to file a Complaint's
against the (Judge: Schwartz) out of
Fear of Being (Black Listed) which
is a Career Vender for (Att: Brittany Paz)

(75) As Being (Black Listed) as an Attorney
means you will not be offered the
Level of fairness when represent any
Client's once your (Black listed)

(76) This is motive enough for (Attorney Brittany Paz) Deliberately and Constructively Denying me Counsel and any and all counsel assigned to shy away from providing Competent Counsel

(77) And this is a true fact that has been a Present Day Push for (Criminal Justice Reform) for similar exact actions taken by all parties Involved in these Criminal Proceedings in Both middletown Superior Court and waterbury Superior Court, by the State

(78) Throughout my ("Texts") back and forth Between me (Jossean Crispin) and (Attorney: Brittany Paz). I Repeatedly Notified her of the Brady Violations, Suppression of Evidence, Spoliation of Evidence, Prosecutorial Misconduct, Judicial Misconduct, Due Process failure violations, Perjury by the State, Perjury by the alleged victims, Systemic Retaliation, Racial Discrimination, violation of my 1st Amendment Civil Rights, violation of my 14th Amendment Civil Rights, Assault on me a disabled Individual While in Treatment, Obstruction of my civil action Crispin v. Brady against Whiting forensic Devision Hospital, Who has Deliberately refused to Investigate

# See Supporting Caselaw's
## Standards of Ineffective Counsel

(79)
(I) Hart v. Gomez, 174 F.3d 1067, 1070 (9th Cir. 1999)
(a lawyer who fails to adequately to Investig
and to Introduce into evidence, Record's that
demonstrate his client's factual Innocence, or
that raises sufficient doubt as to that question
to undermine Confidence in the verdict, render
deficient Proformance

(80)    (Arraignment arguement)
(2) Maddox v. Lord, 818 F.2d 1058 (2d Cir. 1987)
(Attorney's failure to Investigate emotional
disturbance defense to charge of second
degree murder stated claim of Ineffective
assistance of counsel).

           (1) Arguement
(81) In this (Attorney: Mark McKay) failed
~~to Investigate~~ to Investigate the
Defendant's Competency prior to
Arraignment in order to legally and
Properly Bond the Defendant over
to proceed with arraignment and
present a Proper Defence weather
the Defendant was competent to be Bond
over for Arraignment

(82) (Constructive Denial of Counsel)
(3) Lindstandt v. Keane, 239 F.3d 191, 204-05
(2d Cir. 2001)
(Counsel ineffective when he failed to Investigate
evidence that could have corroborated the
defendant's alibi Claims
By Both Waterbury and middletown Attorney's
Ignoring the Brady violation's, suppression of Evidence.
Due Process failure to initiating from the original First charge
alleging avialaition of Probation from this original charge
outlined herein this motion Present a serious due Process failure

See supporting caselaws
standards of Ineffective assistance of Counsel

(83) failure to move forward with a
violation of Probation without resolving
the Due Process violation of middletown court
that occurred on Arraignment as well as
the compentecy matter prior to arraignment, on
the Brady violation's, and suppression of Evidence
and Destruction of evidence that Proves the
Deffendant's Innocentes Prior to any violation
of Probation Hearing," or Any form of a Hearing
to even know if these cases can be bond over
for trial of Any form in both "middletown court
and Waterbury Court" any failure to do so
is Prosecutorial Misconduct, and by any party
Representing the Defendant would be Intentional
Ineffective assistance of Counsel and Direct
violation of the Rolles of Professional Conduct

(84)    Client-Lawyer relationships.
       Ineffective assistance of Counsel
       Rule: 1.1 Competence
       A lawyer shall provide competent representation
       to a client. Competent representation requires
       the Legal knowledge, skill, Thoroughness and
       Preparation reasonably necessary for the
       Representation.
          Thoroughness and Preparation.
       Competent handling of a particular matter
       Includes inquiry into and analysis of the factaul
       and Legal elements of the Problem, and use
       of methods and Procedures meeting the standards
       of Competent Practitioner's.
       it also includes adequate preparation. The required
       attention and preparation are determined in part
       by what is at stake; major Litigation or minor
       ana Criminal Level -                    9 of 17

(Ineffective assistance of counsel)
(In both Waterbury and Middletown Court)
all cases must be afforded equal competent
representation as the matter in question
are all relevant to the Same Liberty
Interest as Freedom or Imprisonment.

(85) Rule 1.2. Scop of representation and
Allocation of Authority between Client and lawyer
(a) subject to subsection's (c) and (d), a lawyer
shall abide by a client's decision's concerning
the objectives of representation and, as
required by Rule 1.4, shall consult with
the client as ~~to the party~~ to the means by
which they are to be pursued.
A lawyer shall abide by a client's decision
whether to settle a matter. In criminal
cases, The lawyer shall abide by a client's
decision,
(d) (2) Counsel or assit a Client to make a
good faith effort to determine the validity,
Scope, meaning or application of law (3)
Counsel or assist a client regarding conduct
expressly premitted by Connecticut law

(86) Rule 1.3. Diligence
A lawyer shall act with reasonable diligence
and promptness in representing a Client

(87) As pointed out throughout this motion both
Attorney's from (Waterbury Court) and (Middletown
Court) are in violation of Rules of Professional
Conduct and multiple other violation's to
suppress Evidence under Brady violation's

(Prosecutorial misconduct
Connecticut Court Decisions)

(88)

① Everything I've outlined concerning "Brady Violations", "suppression of Evidence", "spoilation of Evidence", "Contempt of a Court order to save and Preserve video Evidence", "failure to Investigate Competency Prior to Arriagnment" "Procedural due Process failure" "Improper Issuance of a Warrant" "false Detention" "Perjury by the alleged Victims" these matter have been repeatedly motioned in Court by the Defendant and repeatedly mentioned to my attorney's in both Waterbury court and middletown Court and Requested by the Defendant to his Attorney's to notify the Court's of all these Procedural due Process failures.

(89) See case Decision: Solman v. Commissioner of Corrections, 916 A.2d 824 (Conn. App. Ct. 2007) Petitioner was procedurally barred from obtaining review of habeas corpus claim of alleged due process violation based on states failure to provide certain exculpatory evidence during criminal prosecution where Petitioner had not raised claim with trail court or on direct appeal, and petitioner persented no evidence of good cause for failure to raise claim at trial of on direct appeal. (This matter has been satisfied and asserted Prior to Appel's by the Defendant Giving the Court more then enough time to address these unaddressed matters.)

(90) also see Case Decision: Lapointe V. Commissioner of Correction, 112 A.3d 1 (Conn. 2015): The State's nondisclosure of Evidence regarding the burning time of the Fire deprived the petitioner of Evidence which established a complete and potentially Compelling alibi and therefore rendered the petitioner's Conviction unreliable. A new trail was warranted under Brady.

(91) In this matter observing the above stated Case Decision's Coincide with the Legal Doctrine used, When applied to the Defendant's current allegations in "Middletown Court" which caused the current "violations of Probation in waterbury Court" "Bonding both cases" together under Due Process violation's, Brady violation's, Suppression of Evidence, spoilation of Evidence, failure to Investigate mental Competency Prior to arraignment, Contempt of a court order to save and Perserve Video-Evidence, Improper Issuance of a warrant Perjury by the Alleged victim's, false Detention and the repeated Due Process violations by Both ("Waterbury Court V.O.P" and "middletown-Court") to acknowledge the Procedural due process Failure violation's for over a year to Intentionally force a (incarceration/Imprisonment) Proving the Level of Racial Injustice still Ingained in this state's Judicial System.

**Prosecutorial Misconduct, Connecticut Court Decision's**

(92) also see case decision:

State v. Thompson, 832 A.2d 626 (Conn. 2003): The touchstone of the due Process analysis in cases of alleged Prosecutorial misconduct is the fairness of the trail, not the culpability of the Prosecutor. The issue is whether the Prosecutor's conduct so infected the the trail with unfairness as to make the resulting conviction a denial of Due Process.

(93) The Defendant asserts that the video of all the stationary Camera's, of the whole day of the allegation's Date would have clearly Proven the Defendant's Innocence and Proves the alleged victim's or engaged in multiple Criminal Activities against the Defendant-in Retaliation, Clearing the Defendant of all charges to include the Voilation of Probation Resulting from these false allegation's and Criminal Activities by the alleged victim's and Suppressed by both (Waterbury Court-V.O.P.) and (Middletown-Courthouse) where the charges was Initiated under perjury by the alleged victim's of which the video Evidence was the only Defense of the Defendant that pointed to my Innocence and Proved the alleged victim's assaulted the alleged Defendant on video then Immediately after doing so called a false Code to cover up the assault on the alleged Defendant by Destroying the portion of -

12 P17

Video Evidence convienent to the alleged
victicm's and Destroyed all videos of the
Stationary Camera that would have shown
the alleged Defendant being assaulted by
Whiting forensic Devision Hospital Staffing who
Falsified the Charge's, and this suppressed
video Evidence would Prove my Innocences
and Show the Chronological history of
Chain of events that would have
pointed out to "Clear and Convicing Evidence"

(94) What was Left of the video Evidence was
a (Doctored version made) to Intentionally
and falsely Incriminate the alleged Defendant

**Violation's**
# CODE OF JUDICIAL
## CONDUCT

(95)
Rule 1.A Judge shall uphold and Promote the
Independence, Integrity, and Impartiality of
the Judiciary, and shall Avoid Impropriety
and the Appearance of Impropriety.

(96) Rule 1.1 Compliance with Law

The Defendant alleges that after over a year
of verbally telling Both The Judges Presiding
over (the middletown Court Case) and (Waterbury -
Court Case for V.O.P.) to Let me go on record
to Address the Due Process violation's Presented
and have been suppressed from Presenting
these Due Process violation's forcing to file these
Motion's in Both Court's, and civil action's.

(Code of Judicial Conduct)

Violation

(97)

Rule 1.3. Avoiding abuse of the Prestige of
Judicial Office.

(by allowing the Due process violation's
to continue as they have for over a
year assert this violation's)

(98)

Rule 2. A Judge shall Preform the Duties
of Judicial Office Impartially,
Competently, and Diligently.

(Again by allowing the Due Process violation's
to continue as the court's have for over
a year assert's this violation's)

(99)

Rule 2.1. Giving Precedence to the Duties of
Judicial Office

(Again by the court's to refuse to acknowledge
the Due Process violation's for over a year
assert's these violation's of the "Canon's")

(100)

Rule 2.2. Impartiality and Fairness

Again by the Court's continue refusal to
allow the alleged Defendant to speak on
Record's and openly Present the Due process
violation's Concerning Both (Middletown Court)
and (Waterbury Court) violation's, the alleged
Defendant's U.S. 1-Amendment, And the 14th -
Amendment of the U.S.C. as well as multiple other
state Constitution's in reverse by Denying the
Defendant the right to be heard and the right
to Defend ones self against allegation's.

15 . P L7

(101) The last Attorney: assigned to me in Waterbury, also openly admitted that uptaining the (#12 - security camera's) that Prove my Innocence is a Priority and I, have this (On Audio-Visiaul Recording) as he Admitt's will Prove my Innocence:

(102) Soon After having a closed Chamber Conversation with (Judge: Joseph Schwartz) he Immediately Started Refusing to Investigate any and all Legal matter's Concerning the missing video Evidence.

(103) Then I also have (Audio-Visiaul Recording's) of him threatening me with my Case, and Swearing at me like A Sailer to force me to take #3-year's for a false violation of Probation, Intimidating me with threats to Deliberately violate my Liberty Interest Coerceing me Into 3-year's For he will throw my case.

(104) Even after the New Middletown Ct (Attorney:- mellissa smith) Called and Communicated that he Should Stay the Court Proceeds in Waterbury Court in order to Aviod a false Prosecution in Waterbury Court and a false Incarceration Attorney: Kaloidis refused Showing his Intent was to deny me to Prove my Innocence And was geared towards working with the Prosecutor and the States interest in their malicous Prosecution in Retaliation for me, fileng a, Criminal Habeaus for the Same action's, that Initiated this Civil Rights Action

(Relief Request)
(Injunction Relief)

1) I, Jossean Crispin, humbly Request a (Injunction Relief) for my Immediate Release based on the Detailed Discrition of this Civil Right's Action filed. As my (Criminal Habeas) was (Deliberately-Obstructed) and (Dismissed) do to the named Defendant's in This claim deliberate act's to Deny me, my rights under the (U.S.C.) known as the (1st Amendment Rights), and The (14th Amendant-Rights) (In Order to aviod further Damages and Constitutional Violations, That will Impact the Life and Safety of the Plaintiff.

2) Punitive Damages Requested under the stated Civil Right's Violation's $10.000.000.00

3) Declaratoiry Damages Requested under the stated Civil Right's Violation's $10.000.000.00

4) Conpulsatory Damages Requested Under the stated Civil Right's Violation $10.000.000.00

5) Nominal Damages Requested Under the stated Civil Right's Violation $100.000.00

As I the Plaintiff have fought for Criminal Justice Reform
as I the falsly accused Defendant
have notified all parties involved
of this miscarage of Justice
and malicious prosecution by state
officials in (both) "Waterbury Superior
Court" and "middletown superior
Court", Whiting forensic Devision Hospital, The
Department of Correction, the state C.T., D.M.H.A.S.
The to Civil Rights violations being
Actively Committed have no lawful
Objective, other than to Inflict Cruel & unusual Punishment
And are generated and motivated by
Personal feelings under the color of
law, In Retaliation for excercising my civil rights.
(End of Statement)

Notary Sign:

Heather Abraham
Notary Public, State of Connecticut
My Commission Expires January 31, 2028

Print:

Date: 9/11/2023

Plaintiff
/Complainant: Jossean Cripph

Date: 9/11/2023

38 of 39
39